UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PAM HART**                                                                                          **PLAINTIFF**

**v.**                          **CASE NO. 4:09cv00374 BSM**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                                **DEFENDANT**

## ORDER

The October 4, 2010 trial is continued and an amended scheduling order will issue.

This is due to the criminal trial in *United States v. Jones*, Case No. 4:09cr00287 BSM, which will be ongoing on October 4, 2010.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE