UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PAM HART**                                                                                                  **PLAINTIFF**

**v.**                                      **CASE NO. 4:09cv00374 BSM**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                                           **DEFENDANT**

## ORDER OF DISMISSAL

The parties' joint motion to dismiss with prejudice due to settlement [Doc. No. 25] is granted.

Accordingly, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE